## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BELTWAY LAW GROUP, LLP, ) <br> a/k/a American Law Partners LLP, ) <br> ) <br> Debtor. ) <br> ) | ) <br> Case No. 14-380 <br> Chapter 7 |

### **PROPOSED ORDER**

Upon careful consideration of the submissions of the parties, the Court hereby finds that Beltway has established sufficient facts in support of its Motion to Compel Discovery. Accordingly, it is hereby:

ORDERED that the Beltway's Motion to Compel Discovery is hereby GRANTED, and it is further

ORDERED that Petitioner Susan Ray shall immediately provide Respondent Beltway with answers to the Interrogatories—as they are written—identified in the Motion, and all documents responsive to the Requests for Production identified in the Motion.

1

SO ORDERED, this _____ day of October, 2015.

_____
HONORABLE S. MARTIN TEEL, JR.

Serve:

Timothy R. Clinton
*Attorney for Putative Debtor Beltway Law Group and Interested Party Marc Chafetz*

Jeffrey Sherman
*Attorney for Petitioner*