**FILED**

**CASE HEARING SUMMARY**

**(This is NOT an ORDER)**

JAN 2 6 2017

Clerk, U.S. District and
Bankruptcy Courts

Date: 01/26/2017  Time: 10:30

**CASE: 14-00380 Beltway Law Group, LLP and John Ray : CHAPTER 7**

- PRO SE representing John Ray (Movant)
- Nicholas Hallenbeck for Carlton
- Jeffrey M. Sherman representing Susan Ray (Petitioning Creditor)
- ~~J_____~~ Timothy R. Clinton representing Beltway Law Group, LLP (Alleged Debtor) and Mare Chafetz
- ~~(____ representing U.S. Trustee for Region ___ (U.S. Trustee)~~
- John Thurman May for Vorys, Sater, Seymour and Pease

[84] Motion to Quash Filed by Vorys, Sater, Seymour and Pease LLP

**MOVANT**: Vorys, Sater, Seymour and Pease LLP BY J May;   Decision to be issued shortly

DE# 105  hrg summ 12/4/15       DE# _____

DE# _____       DE# _____

DE# _____       DE# _____

DE# _____       DE# _____

[117] Motion For Leave To Timely File and Motion To Quash Subpoena Filed by Alfred P. Carlton Jr.   UNDER ADVISEMENT

**MOVANT**: Alfred Carlton (no aty)

DE# 118  opposition       DE# _____

DE# 119  reply       DE# _____

DE# 120  memo in support       DE# _____

DE# 121  amend DE 119       DE# _____

[125] Motion to Quash Filed by John Ray (Attachments: # 1 Proposed Order)  Amended motion to be filed by 2/9/2017  Response by 2/21/2017  Reply by 2/28/2017   Ray+Belton agrees to stay filing of ptn - Florida

**MOVANT**: John Ray (no aty)

DE# 126  opposition       DE# 140  brief

DE# 135  amended motion       DE# _____

DE# 136  brief       DE# _____

DE# 139  motion to strike       DE# _____

[127] Motion to Compel Filed by Beltway Law Group, LLP, Marc Chafetz (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Exhibit B # 3 Exhibit Exhibit C # 4 Exhibit Exhibit D # 5 Exhibit Exhibit E # 6 Proposed Order) *Under Advisement*

**MOVANT** : Beltway Law Group, LLP Marc Chafetz BY T Clinton; J Sherman; T Clinton; J Sherman;

DE# 133 opposition          DE# ____ _____

DE# 134 reply               DE# ____ _____

DE# 141 response            DE# ____ _____

DE# ____ _____     DE# ____ _____

DISPOSITIONS:
    Granted____    Sustained____    Denied____
    Overruled____  Withdrawn____    Under Adv.____
    Moot_____   Consent_____    Dismissed____
    Continued to: _____, 20____, AT ____:____ ____.M.
    Proposed Order To Be Submitted By ____/____/____
    By [ ]Court  [ ]Movant  [ ]Opposing Party  [ ]Trustee  [ ]Jointly

DECISION:

    [ ] Signed by Court          [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel         [ ] Court
        [ ] Respondent's counsel     [ ] Other _____

NOTES:

_____
_____
_____
_____
_____

_____
S. Martin Teel, Jr., United States Bankruptcy Judge