The order below is hereby signed.

Signed: December 17 2017



_S. Martin Teel, Jr._
_S. Martin Teel, Jr._
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| BELTWAY LAW GROUP, LLP, | ) | Case No. 14-00380 |
| | ) | (Chapter 7) |
| Debtor. | ) | |

ORDER DENYING DEBTOR'S
MOTION FOR RECONSIDERATION RE ORDER TO AWARD FEES

Pursuant to the court's oral decision at the hearing of December 13, 2017, on the debtor's *Motion for Reconsideration re Order to Award Fees* (Dkt. No. 221), seeking reconsideration of the *Memorandum Decision and Order re Elizabeth Simon and Voyrs, Sater, Seymour and Pease LLP'S Petition for Reimbursement of Fees Expended in Response to Third-Party Subpoena* (Dkt. No. 216), it is

ORDERED that the debtor's *Motion for Reconsideration re Order to Award Fees* (Dkt. No. 221) is DENIED.

[Signed and dated above.]

Copies to: Recipients of e-notification of filings.

R:\Common\TeelSMT\TTD\Beltway\Beltway - Deny D's Mtn for Reconsideration of Reimbursement of Fees_v2.wpd