CASE HEARING SUMMARY
(This is NOT an ORDER)

**FILED**

SEP 1 8 2018

Clerk, U.S. District and
Bankruptcy Courts

Date: 09/18/2018 Time: 11:00

CASE: 14-00380-SMT Beltway Law Group, LLP : CHAPTER 7
PRO SE representing John Ray (Movant)

PRO SE Susan Ray (Petitioning Creditor)

✓Timothy R. Clinton representing Beltway Law Group, LLP (Alleged Debtor)
(no aty) representing U. S. Trustee for Region Four (U.S. Trustee)

[222] Motion to Reconsider Filed by Susan Ray (Re: Related Document(s)
#:209 Order Directing Compliance.) (Attachments: # 1 Proposed Order)

~~MOVANT : Susan Ray (no aty)~~  *Jeffrey Sherman for self*

DE# 209  order _____     DE# 225  opposition _____

DE# 214  Bill of costs _____     DE# 237  Beltway/Chafetz ntc of dismissal

DE# 223  obj to bill of costs ____     DE# 240  hrg summ 2/15/18

DE# 224  reply to DE 223 _____     DE# 242  order set hrg

DISPOSITIONS:
    Granted_____   Sustained_____   Denied_____
    Overruled_____ Withdrawn_____   Under Adv.___
    Moot_____    Consent_____    Dismissed_____
    Continued to: _____, 20_____, AT ____:____ ___.M.
    Proposed Order To Be Submitted By _____/____/_____
    By [ ]Court [ ]Movant [ ]Opposing Party [ ]Trustee [ ]Jointly

DECISION:

    [ ] Signed by Court          [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel      [ ] Court
        [ ] Respondent's counsel  [ ] Other _____

NOTES:
_____ *Impose sanction of $2,321.00 R 37(a)(5)(A).* _____

_____

_____

_____

_____

*S Martin Teel, Jr.*
S. Martin Teel, Jr. , United States Bankruptcy Judge

LOCAL OFFICIAL FORM NO. 8

## Debtor 's WITNESS AND EXHIBIT RECORD

| Date<br>9\18\18 | Case or Adv. Pro. No.<br>14 - 380 | Operator* | Page Number<br>1 |
|---|---|---|---|
| Name of<br>Witness | Brief Description of<br>Testimony to be Elicited | Estimated Time to Elicit<br>Testimony | Date Called* |
| Jeffrey Sherman | | | 9\18\18 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*For Court Use

Page __1__ of __3__

| Exhibit Number[*] | Description | ID* | Date Admitted* |
|---|---|---|---|
| 1 | see attached | | |
| 2 | | | |
| 3 | | 9\18\18 | |
| 4 | | 9\18\18 | |
| 5 | | 9\18\18 | |
| 6 | | 9\18\18 | |
| 7 | | 9\18\18 | |
| 8 | | 9\18\18 | |
| 9 | | | |
| 10 | | 9\18\18 | |
| 11 | | 9\18\18 | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | 9\18\18 | |
| 16 | | | |
| 17 | | 9\18\18 | |
| 18 | | 9\18\18 | |

*For Court Use

Page 2 of 3

---

[*]    When there are two parties, the plaintiff or movant should number
its exhibits by numbers, and the defendant or respondent should number its
exhibits by letters (A, B, ..., Z, AA, AB, ..., AZ, BA, BB, ..., BE, etc.).

| Exhibit Number* | Description | ID* | Date Admitted* |
|---|---|---|---|
| 19 | see attached | 9\18\18 | |
| 20 | | 9\18\18 | |
| 21 | | | |
| 22 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*For Court Use

Page 3 of 3

_____

When there are two parties, the plaintiff or movant should number
its exhibits by numbers, and the defendant or respondent should number its
exhibits by letters (A, B, ..., Z, AA, AB, ..., AZ, BA, BB, ..., BE, etc.).

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE BELTWAY LAW GROUP, LLP,<br>a/k/a American Law Partners LLP,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>) |

Case No. 14-333
Chapter 7

## DECLARATION OF TIMOTHY R. CLINTON

1.      My name is Timothy R. Clinton.

2.      I am an attorney and the founding partner of the law firm Clinton, Brook & Peed. I represent the putative debtor Beltway Law Group LLP and interested party Marc Chafetz in the above-captioned matter.

3.      The following exhibits, submitted in a binder during the evidentiary hearing of September 18, 2018, have all been gathered by me. The documents consist of discovery requests and responses made or received in the course of these proceedings (including, where applicable, cover emails attaching them or emails between counsel discussing them), as well as documents filed through ECF. I recognize each of the documents as true, accurate, and authentic:

Exhibit 1      1st RFPs (9/26/2014)

Exhibit 2      Sherman Responses (10/14/2014)

Exhibit 3      2d RFPs (7/25/2015)

Exhibit 4      1st ROGs (7/25/2015)

Exhibit 5      Sherman Responses to ROGs and RFPs (9/4 – 8/2015)

Exhibit 6      Hearing Order re ROG Responses (10/14/2015) [Dkt 94]

Exhibit 7      Sherman Supplemental ROG Responses (10/28/2015)

Exhibit 8      Sherman "Unedited and Unexpurgated" Suppl. ROG Responses (11/5/2015)

Exhibit 9      Susan Ray Verification of Suppl. ROGs (11/23/2015)

1

| | |
|---|---|
| Exhibit 10 | 2d ROGs (7/19/2016) |
| Exhibit 11 | Susan Ray Answers to 2d ROGs (8/17/2016) |
| Exhibit 12 | Susan Ray Verification of 2d ROGs (8/18/2016) |
| Exhibit 13 | 3d RFPs (9/15/2016) |
| Exhibit 14 | Sherman Email re Responses (10/19/2016) |
| Exhibit 15 | Sherman Responses to 3d RFPs (10/21/2016) |
| Exhibit 16 | Signature Page |
| Exhibit 17 | Statement of Undisputed Material Facts [Dkt 4 + excerpt of its Ex 20] |
| Exhibit 18 | Susan Ray Factual Disputes [Dkt 39] |
| Exhibit 19 | Ray Opposition to Motion to Compel [Dkt 133] |
| Exhibit 20 | Sherman Opposition to Statement of Atty's Fees [Dkt 223] |
| Exhibit 21 | Sherman Motion to Withdraw [Dkt 181] |
| Exhibit 22 | Email from Vorys Production to 3d Party Subpoena [Dkt 205-4] |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, formed after a reasonable inquiry under the circumstances.

Dated:  September 18, 2018                         /s/ Timothy R. Clinton

2