The order below is hereby signed.

Signed: September 19 2018



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
BELTWAY LAW GROUP, LLP,            )    Case No. 14-00380
                                   )    (Chapter 7)
            Debtor.                )

## ORDER IMPOSING SANCTIONS

Pursuant to the court's oral decision at a hearing on September 18, 2018, it is

ORDERED the debtor, Beltway Law Group, LLP, recover of Jeffrey M. Sherman $2,321.00 as a sanction pursuant to Fed. R. Civ. P. 37(a)(5)(A) incident to the pursuit of *Debtor's Motion to Compel Discovery* (Dkt. No. 127), the debtor's request for fees in excess of $2,321.00 is denied, and Jeffrey Sherman's *Motion for Reconsideration* (Dkt. No. 222) is otherwise denied.

[Signed and dated above.]

Copies to: Recipients of e-notification of filings.

R:\Common\TeelSM\TTD\Beltway\Beltway - Order Imposing Sanctions.wpd